UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID M.,

               Plaintiff,

   v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

Case No. C23-5462 RSM

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

      Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.  On remand, the Administrative Law Judge will further evaluate the medical opinions of record; further evaluate the claimant's subjective symptom complaints; take further action to complete the administrative record resolving the above issues; and issue a new decision.  After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

      DATED this 23rd day of October, 2023.

                                                        RICARDO S. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE